FILED by \_\_KS\_\_ D.C.

Apr 29, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-20258-CR-ALTONAGA/TORRES**

CASE NO. _____

18 U.S.C. § 111(a)(1) and (b)
18 U.S.C. § 924(c)(1)(A)(iii)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

DREW CURTIS SIKES,

        **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Assaulting, Resisting or Impeding Certain Federal Employees**
**(18 U.S.C. § 111(a)(1) and (b))**

On or about March 28, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DREW CURTIS SIKES,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "M.V.," an employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, the United States' National Park Service, while "M.V." was engaged in his official duties, and in the commission of the offense, did use a deadly and dangerous weapon, in violation of Title 18, United States Code, Section 111(a)(l) and (b).

## COUNT 2
### Assaulting, Resisting or Impeding Certain Federal Employees
### (18 U.S.C. § 111(a)(1) and (b))

On or about March 28, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DREW CURTIS SIKES,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "T.G.," an employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, the United States' National Park Service, while "T.G." was engaged in his official duties, and in the commission of the offense, did use a deadly and dangerous weapon, in violation of Title 18, United States Code, Section 111(a)(l) and (b).

## COUNT 3
### Assaulting, Resisting or Impeding Certain Federal Employees
### (18 U.S.C. § 111(a)(1) and (b))

On or about March 28, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DREW CURTIS SIKES,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "T.L.," an employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, the United States' National Park Service, while "T.L." was engaged in his official duties, and in the commission of the offense, did use a deadly and dangerous weapon, in violation of Title 18, United States Code, Section 111(a)(l) and (b).

## COUNT 4
## Assaulting, Resisting or Impeding Certain Federal Employees
## (18 U.S.C. § 111(a)(1) and (b))

On or about March 28, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

## DREW CURTIS SIKES,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "S.P.," an employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, the United States' National Park Service, while "S.P." was engaged in his official duties, and in the commission of the offense, did use a deadly and dangerous weapon, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT 5
## Assaulting, Resisting or Impeding Certain Federal Employees
## (18 U.S.C. § 111(a)(1) and (b))

On or about March 28, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

## DREW CURTIS SIKES,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "B.W.," an employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, the United States' National Park Service, while "B.W." was engaged in his official duties, and in the commission of the offense, did use a deadly and dangerous weapon, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT 6
## Assaulting, Resisting or Impeding Certain Federal Employees
## (18 U.S.C. § 111(a)(1) and (b))

On or about March 28, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DREW CURTIS SIKES,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "R.O.," an employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, the United States' National Park Service, while "R.O." was engaged in his official duties, and in the commission of the offense, did use a deadly and dangerous weapon, in violation of Title 18, United States Code, Section 111(a)(l) and (b).

## COUNT 7
## Discharging a Firearm in Furtherance of a Crime of Violence
## (18 U.S.C. § 924(c)(1)(A)(iii))

On or about March 28, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DREW CURTIS SIKES,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 111(a)(l) and (b), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(l)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the firearm was discharged.

## COUNT 8
### Discharging a Firearm in Furtherance of a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A)(iii))

On or about March 28, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

## DREW CURTIS SIKES,

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 111(a)(l) and (b), as charged in Count 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(l)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the firearm was discharged.

## COUNT 9
### Discharging a Firearm in Furtherance of a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A)(iii))

On or about March 28, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

## DREW CURTIS SIKES,

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 111(a)(l) and (b), as charged in Count 3 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(l)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the firearm was discharged.

## COUNT 10
**Discharging a Firearm in Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(iii))**

On or about March 28, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DREW CURTIS SIKES,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 111(a)(l) and (b), as charged in Count 4 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(l)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the firearm was discharged.

## COUNT 11
**Discharging a Firearm in Furtherance of a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(A)(iii))**

On or about March 28, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DREW CURTIS SIKES,**

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United

States Code, Section 111(a)(l) and (b), as charged in Count 5 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(l)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the firearm was discharged.

## COUNT 12
### Discharging a Firearm in Furtherance of a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A)(iii))

On or about March 28, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DREW CURTIS SIKES**,

did knowingly use and carry a firearm during and in relation to a crime of violence, and did knowingly possess a firearm in furtherance of a crime of violence, an offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 111(a)(l) and (b), as charged in Count 6 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(l)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that the firearm was discharged.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DREW CURTIS SIKES**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 924(c), as alleged in this Indictment, or any other criminal law of the United States, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such

violation, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
MANOLO REBOSO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DREW CURTIS SIKES,

        Defendant.     /

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)
- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s) [ ] Yes [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __7__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days   [ ]
   - II  6 to 10 days  [✓]
   - III 11 to 20 days [ ]
   - IV 21 to 60 days [ ]
   - V  61 days and over [ ]

   (Check only one)
   - Petty [ ]
   - Minor [ ]
   - Misdemeanor [ ]
   - Felony [ ]

6. Has this case previously been filed in this District Court? (Yes or No) _____
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **21-mj-2597-Goodman**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **March 29, 2021**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
Manolo Reboso
Assistant United States Attorney
FLA Bar No.   75397

\*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **DREW CURTIS SIKES**

**Case No:**

Counts #: 1-6

Assault on a Federal Officer with a Deadly Weapon

Title 18, United States Code, Section 111(a)(1) and (b)

**\*Max. Penalty: 20 Years' Imprisonment**

Counts #: 7-12

Discharging a Firearm in Furtherance of a Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)(iii)

**\*Min. Penalty: 10 Years' Imprisonment (consecutive as to any other term of imprisonment)**

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.