**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20258-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**DREW CURTIS SIKES**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on Defendant's Unopposed Motion to Continue Pre-Trial Motions and Plea Deadlines [ECF No. 27]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The deadline to file all pre-trial motions and motions *in limine* is extended to **August 2, 2021**. Each party is limited to filing one motion *in limine*. **The deadline for the tendering of a guilty plea is extended to July 30, 2021**. All remaining deadlines remain in effect.

**DONE AND ORDERED** in Miami, Florida, this 8th day of June, 2021.

                                                  **CECILIA M. ALTONAGA**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record